*United States Probation & Pretrial Services*

United States District Court
Central District of California

**Kiry K. Gray**
District Court Executive / Clerk of Court

**Natasha Mingo**
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Date: September 1, 2022
Re: Release Order Authorization
Docket Number: 2:22-MJ-03462
Defendant: Hakhyun Chun

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Di Nisha Sanchez-Jackson
U.S. Probation & Pretrial Services Officer
Telephone No. 213-321-3847